Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−35498−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Majeed A. Sam'i
1135 Monroe Drive
Stewartsville, NJ 08886

Tawanna R. Williams Sam'i
aka Tawanna R. Williams, aka Tawanna R. Sam'i
1135 Monroe Drive
Stewartsville, NJ 08886

Social Security No.:
  xxx−xx−4606                              xxx−xx−3349

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 2, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 2, 2017
JAN: bwj

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 14-35498-CMG
Majeed A. Sam'i                                               Chapter 13
Tawanna R. Williams Sam'i
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Feb 02, 2017
                              Form ID: 148                Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db/jdb         +Majeed A. Sam'i,    Tawanna R. Williams Sam'i,    1135 Monroe Drive,
                 Stewartsville, NJ 08886-2633
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Greenwich Case Homeowners Association, Inc.,    c/o Griffin Alexander, PC.,    415 Route 10,
                 Second Floor,    Randolph, NJ 07869-2100
515237917     #+A-1 Collection Services,    101 Grovers Mill Road,    Suite 303,    Lawrenceville, NJ 08648-4706
515237905      +ASHRO,   3650 Milwaukee Street,    Madison, WI 53714-2304
515406765      +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515237918      +CVS/Caremark,    P.O. Box 659539,    San Antonio, TX 78265-9539
515237922      +David A. Faloni & Associates,    P.O. Box 1285,    West Caldwell, NJ 07007-1285
515237928      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
515237912      +Elizabethtown Gas,    P.O. Box 11811,    Newark, NJ 07101-8111
515237907      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
515263237       Greenwich Chase Homeowners Association, Inc.,    c/o Griffin Alexander, P.C.,
                 415 Route 10, Second Floor,    Randolph, NJ 07869
515237904      +HESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
515237914      +Integra Management Corp,    200 Valley Road,    Suite 203,    Mt. Arlington, NJ 07856-1320
515237915      +Jersey Central Power & Light,    P.O. Box 16001,    Reading, PA 19612-6001
515237908      +LMR Disposal, LLC,    P.O. Box 309,    Phillipsburg, NJ 08865-0309
515237921      +Laboratory Corp of America,    P.O. Box 2240,    Burlington, NC 27216-2240
515237911      +Montgomery Ward,    3650 Milwaukee Street,    Madison, WI 53714-2304
515237929      +Raymond Meisenbacher & Sons,    739 East Main Street,    Bridgewater, NJ 08807-3339
515237931      +Sirius XM Radio Inc,    P.O. Box 9001399,    Louisville, KY 40290-1399
515237926      +Suburban Therapy Center,    P.O. Box 319,    Cedar Grove, NJ 07009-0319
515237923      +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
515356551      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
515237900      +US Bank for Pro Cap III,    50 South 16th Street,    Suite 1950,    Philadelphia, PA 19102-2517
515237909      +Vanguard Medical Group,    271 Grove Avenue,    Verona, NJ 07044-1731
515237920      +Vision Financial Corp,    P.O. Box 7477,    Rockford, IL 61126-7477
515237901      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 101,    P.O. Box 1023,
                 Mountainside, NJ 07092-0023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2017 23:04:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2017 23:04:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515237906      +E-mail/Text: amscbankruptcy@adt.com Feb 02 2017 23:05:28      ADT Security Services,
                 P.O. Box 371878,    Pittsburgh, PA 15250-7878
515334612      +E-mail/Text: amscbankruptcy@adt.com Feb 02 2017 23:05:28      ADT Security Services Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3537
515237919      +EDI: AFNIRECOVERY.COM Feb 02 2017 22:43:00      AFNI, Inc,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
515237913      +EDI: RMCB.COM Feb 02 2017 22:43:00       AMCA,   P.O. Box 1235,    Elmsford, NY 10523-0935
515258325       EDI: PHINAMERI.COM Feb 02 2017 22:43:00       AmeriCredit Financial Services, Inc.,
                 P O Box 183853,    Arlington, TX 76096
515268942       EDI: PHINAMERI.COM Feb 02 2017 22:43:00       Americredit Financial Services Inc.,
                 dba GM Financial,    PO Box 183853,    Arlington, TX 76096
515329215       EDI: AIS.COM Feb 02 2017 22:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
515246309       EDI: AIS.COM Feb 02 2017 22:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515237902      +E-mail/Text: lblodgett@bakerfcu.org Feb 02 2017 23:04:56      Baker Federal Credit Union,
                 501 Baltimore Street,    Phillipsburg, NJ 08865-1845
515237899      +EDI: BANKAMER.COM Feb 02 2017 22:43:00       Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
515407912      +EDI: BANKAMER.COM Feb 02 2017 22:43:00       Bank of America, N.A.,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515237925       E-mail/Text: bankruptcy@cavps.com Feb 02 2017 23:05:01      Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85285
515237924      +E-mail/Text: bankruptcy@cavps.com Feb 02 2017 23:05:01      Cavalry,    P.O. Box 520,
                 Valhalla, NY 10595-0520
515245025      +E-mail/Text: bankruptcy@cavps.com Feb 02 2017 23:05:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515237903       EDI: PHINAMERI.COM Feb 02 2017 22:43:00       GM Financial,    P.O. Box 78143,
                 Phoenix, AZ 85062-8143
515366171       EDI: JEFFERSONCAP.COM Feb 02 2017 22:43:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
```

```
District/off: 0312-3          User: admin               Page 2 of 2                   Date Rcvd: Feb 02, 2017
                              Form ID: 148              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515456449       EDI: RESURGENT.COM Feb 02 2017 22:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Bank Nevada, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
515237910      +EDI: MID8.COM Feb 02 2017 22:43:00      Midland Credit Management, Inc,   8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
515237930      +E-mail/Text: egssupportservices@egscorp.com Feb 02 2017 23:04:52      NCO Financial Systems Inc,
                 507 Prudential Road,   Horsham, PA 19044-2308
515298600      +EDI: JEFFERSONCAP.COM Feb 02 2017 22:43:00      Premier Bankcard, Llc.,
                 c/o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud, MN 56302-7999
515237916      +EDI: RMCB.COM Feb 02 2017 22:43:00      RMCB,   P.O. Box 1235,   Elmsford, NY 10523-0935
515251903       EDI: RMSC.COM Feb 02 2017 22:43:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515237927      +EDI: VERIZONCOMB.COM Feb 02 2017 22:43:00      Verizon,   P.O. Box 4830,
                 Trenton, NJ 08650-4830
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:

```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Dean L. Semer     on behalf of Creditor     Greenwich Case Homeowners Association, Inc.
               attorneys@lawgapc.com
              Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor     Americredit Financial Services, Inc., d/b/a GM
               Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              R. A. Lebron     on behalf of Creditor     BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Stacey L. Mullen     on behalf of Joint Debtor Tawanna R. Williams Sam'i slmullen@comcast.net
              Stacey L. Mullen     on behalf of Debtor Majeed A. Sam'i slmullen@comcast.net
              Tammy L. Terrell     on behalf of Creditor     BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                              TOTAL: 10
```