UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on February 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Majeed and Tawanna Sam'i,

                 Debtors

Case No.: 14-35498 (CMG)

Chapter 13

Hearing Date:

Judge: CMG

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: February 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No.  14-35498 (CMG)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>500.00</u>            for services rendered and expenses in the amount of $ <u>n/a</u>    for a total of $ <u>500.00</u>          .  The allowance shall be payable:

      <u>XXXXX</u>        through the Chapter 13 plan as an administrative priority.

                     outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$0.00</u>  per month for <u>0  months</u>, commencing February 1, 2017, to allow for payment of the aforesaid fee.  Case will be dismissed on February 1, 2017.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:  
Majeed A. Sam'i  
Tawanna R. Williams Sam'i  
    Debtors

Case No. 14-35498-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 09, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.  
db/jdb       +Majeed A. Sam'i,   Tawanna R. Williams Sam'i,   1135 Monroe Drive,   Stewartsville, NJ 08886-2633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Dean L. Semer    on behalf of Creditor   Greenwich Case Homeowners Association, Inc.  
         attorneys@lawgapc.com  
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
        Stacey L. Mullen    on behalf of Debtor Majeed A. Sam'i slmullen@comcast.net  
        Stacey L. Mullen    on behalf of Joint Debtor Tawanna R. Williams Sam'i slmullen@comcast.net  
        Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
                                                                                                            TOTAL: 10